[NOT FOR PUBLICATION]

 United States Court of Appeals
 For the First Circuit

 

No. 95-2347

 WILLIAM BENNETT,

 Plaintiff - Appellant,

 v.

 PETER O'MALLEY,

 Defendant - Appellee.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. William G. Young, U.S. District Judge] 

 

 Before

 Torruella, Chief Judge, 

 Cyr, Senior Circuit Judge, 

 and Stahl, Circuit Judge. 

 

 Valeriano Diviacchi, with whom Diviacchi Law Office was on 
brief for appellant.
 Ronald Kovner, with whom Christopher J. Muse and Merita 
Hopkins were on brief for appellee. 

 

 June 18, 1997
 

 Per Curiam. Upon full consideration of the record, Per Curiam. 

briefs and argument of counsel, we affirm the decision of the

district court on the basis of its rulings on October 24 and 25,

1995, on Defendant's Motion for Judgment as a Matter of Law.

 We believe that appellant's contentions on appeal are

completely without merit. Because we find this to be a frivolous

appeal, we order appellant's counsel to show cause within ten

days of the issuance of this opinion why double costs and

attorney's fees on appeal should not be assessed against him.

See Fed. R. App. P. 38; 28 U.S.C. 1927. 

 Affirmed. 

 -2-